**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | | |
|---|---|---|
| WILLIAM C. MCKINNEY,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION, et al.,<br><br>Defendant. | ) | No. 2:25-cv-03112-TLP-cgc |

**ORDER ADOPTING REPORT AND RECOMMENDATION TO DISMISS FOR FAILURE TO PROSECUTE**

Pro se Plaintiff William C. McKinney sued here in December 2025 alleging Fair Credit Reporting Act violations. (ECF No. 2.) Under Administrative Order No. 2013-05, this Court referred the case to Magistrate Judge Charmiane G. Claxton to manage all pretrial matters. Plaintiff paid the case initiation fee. (ECF No. 8.) And the Clerk sent him a blank summons to complete and return for it to issue.

Because Plaintiff had not served Defendants by July 8, 2026, Judge Claxton ordered him to show cause why she should not recommend dismissing this case without prejudice for failure to prosecute. (ECF No. 10.) Judge Claxton directed the Clerk to mail a copy of her Order to Plaintiff through U.S. Mail, "return receipt requested." (*Id.*) The Clerk mailed the Order to Plaintiff and filed the receipt number on the docket.

Plaintiff did not respond to the Show Cause Order. So Judge Claxton issued a Report and Recommendation ("R&R") recommending that the Court dismiss the case without prejudice

under Federal Rule of Civil Procedure 41(b) for failure to prosecute. (ECF No. 11.) The Court **ADOPTS** the R&R for the reasons below.

A magistrate judge may submit to a district court judge proposed findings of fact and recommendations for deciding pretrial matters. 28 U.S.C. § 636(b)(1)(A)–(B). And "[w]ithin 14 days after being served with a copy of the recommended disposition, a party may serve and file specific written objections to the proposed findings and recommendations." Fed. R. Civ. P. 72(b)(2); *see also* 28 U.S.C. § 636(b)(1). If the parties do not object, the district court reviews the R&R for clear error. Fed. R. Civ. P. 72(b) advisory committee notes; *see also* 28 U.S.C. § 636(b)(1)(C).

Judge Claxton entered her R&R on July 30, 2026. (ECF No. 11.) The R&R notified Plaintiff that he had 14 days to object. (*Id.* at PageID 24.) But Plaintiff did not object, and the time to object has passed. The Court therefore reviews the R&R for clear error.

Having reviewed the record, the Court finds no clear error in Judge Claxton's R&R. In fact, the Court agrees with her analysis. (*See id.* at PageID 23–24 (weighing Rule 41(b) factors).) Not only did Plaintiff fail to serve the Complaint, but he failed to respond to the Show Cause Order and the R&R itself. The Court therefore agrees with Judge Claxton that Plaintiff "has failed to meaningfully participate in the case." (*Id.* at PageID 24.) And so the Court **ADOPTS** the R&R's recommendation and **DISMISSES** this case **WITHOUT PREJUDICE** for failure to prosecute.

**SO ORDERED**, this 21st day of August, 2026.

s/ Thomas L. Parker
THOMAS L. PARKER
UNITED STATES DISTRICT JUDGE